# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2009

6 March 2009

136377(61)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SELFLUBE, INC.,
      Plaintiff,

v

JJMT, INC., and JAMES A. DEHAAN,
      Defendants/Cross-
      Defendants/Fourth-Party
      Defendants-Appellees,

and

ACTION INDUSTRIAL SUPPLY COMPANY,
      Defendant/Cross-Plaintiff/Third-
      Party Plaintiff,

v

H.S. DIE & ENGINEERING, INC.,
      Third-Party Defendant/Fourth-
      Party Plaintiff-Appellant,

and

THOMAS WOOD,
      Defendant.

_____

SC: 136377
COA: 261743
Kent CC: 03-005407-CK

On order of the Chief Justice, the motion by appellant H.S. Die & Engineering, Inc. for leave to file a memorandum of supplemental authority is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2009

_____
Clerk